UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELAINE L. CHAO, Secretary
of Labor, United States
Department of Labor,

          NO. CIV. S-02-2722 LKK/GGH

    Plaintiff,

  v.                        <u>O R D E R</u>

MARK S. SINGLETON, et al.,

    Defendants.
_____/

    By order filed February 25, 2005, the court granted in part and denied in part the parties' cross-motions for summary judgment. Accordingly, the matter is RESET for Pretrial Conference on March 27, 2006 at 2:30 p.m. The parties are referred to the court Status Order and the Local Rules for the timing and contents of their joint and separate pretrial statements.

    IT IS SO ORDERED.

    DATED: January 13, 2006.

                                       /s/Lawrence K. Karlton
                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT