UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELAINE L. CHAO, Secretary
of Labor, United States
Department of Labor,

           NO. CIV. S-02-2722 LKK/GGH

   Plaintiff,

 v.            O R D E R

MARK S. SINGLETON, et al.,

   Defendants.
_____/

  The court is in receipt of the parties' joint request to proceed to an Early Settlement Conference in lieu of the Pretrial Conference previously set for March 27, 2006. Good cause appearing, the court hereby ORDERS that:

  1. A Settlement Conference is now SET before the Honorable Gregory G. Hollows on April 11, 2006 at 9:00 a.m. in Courtroom No. 24.

  2. Counsel are directed to submit settlement conference statements to the settlement judge **not later than seven (7) days prior to the conference**. At counsel's option, such statements may

1

be submitted in confidence pursuant to Local Rule 16-270(d).

    3.   Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms and at the Settlement Conference. The Singleton defendants must appear at the Settlement Conference in person.

    4.   As previously ordered, the Pretrial Conference on March 27, 2006 at 2:30 p.m. is dropped from calendar.

    IT IS SO ORDERED.

    DATED:  March 2, 2006.

                                  /s/Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT