IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELAINE L. CHAO, Secretary
of Labor, United States
Department of Labor,

      Plaintiff,                         CIV. NO. S- 02-2722 LKK GGH

  vs.

MARK SINGLETON, et al.,

      Defendants.                        ORDER
_____/

      The court is in receipt of the parties' May 10, 2006 letter requesting an extension of two weeks in which to file the proposed settlement agreement and consent order. The court will grant that request; however, the parties are notified that this case is settled. Failure to reach an agreement on the details of settlement will not defeat the settlement.

      Accordingly, IT IS ORDERED that:

      1. The parties' joint request for extension of two weeks time is granted.

      2. The parties are granted until May 25, 2006 to file the proposed settlement agreement and consent order.

DATED: 5/12/06                          /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        U. S. MAGISTRATE JUDGE

GGH:076:Chao2722.set.wpd

1