```
W. IRIS BARBER (DC SBN 436398)
Senior Trial Attorney
CATHERN H. SMITH (DC SBN 475586)
Trial Attorney
U.S. Department of Labor
Office of the Solicitor
Plan Benefits Security Division
P.O. Box 1914
Washington, DC  20013
Telephone (202) 693-5600
Facsimile (202) 693-5610
COUNSEL FOR THE SECRETARY
```

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELAINE L. CHAO, Secretary, United States Department of Labor, <br><br>    Plaintiff, <br>    v. <br><br>MARK S. SINGLETON, an individual; JILL SINGLETON, an individual; CAROLYN B. BENNETT, an individual; JENNIFER DOWNER, an individual; WESTERN SPRAY PAINTING, INC., a California Corporation; WESTERN SPRAY PAINTING INC. AMENDED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST, an employee benefit plan; and any parent, predecessor, successor, or subsidiaries of Western Spray Painting, Inc., <br><br>    Defendants. | **Civil Action No.  CIV.S-02-2722 LKK KJM** <br><br>**ORDER APPOINTING THOMAS DILLON INDEPENDENT FIDUCIARY** <br><br>Hearing Date:  SUBMITTED ON <br>Hearing Time:   THE PAPERS <br>Location: <br><br>Judge: Hon. Lawrence K. Karlton |

Pursuant to the April 11, 2006 Order of Magistrate Judge Gregory Hollows during this action's settlement conference held on the same date, Thomas Dillon of 851 Burlway Road, Suite 216, Burlingame, California, 94010, is hereby appointed as the Independent Fiduciary of the Western Spray Painting Inc. Amended Employee Stock Ownership Plan and Trust ("Plan").

**ORDER APPOINTING THOMAS DILLON
INDEPENDENT FIDUCIARY**

This Court grants Mr. Dillon full plenary authority to administer the Plan. Mr. Dillon shall collect, marshal and administer the assets of the Plan and take such action which otherwise may be appropriate to administer the Plan.

Mr. Dillon shall exercise full authority and control with respect to the management or disposition of the assets of the Plan, including the orderly termination of the Plan. The Plan may not be terminated until Defendants Carolyn B. Bennett, Mark Singleton and Jill Singleton have made all payments due and owing, in accordance with the provisions of their respective Settlement Agreements and Consent Orders filed or to be filed with this Court.

In the performance of his duties, Mr. Dillon may retain such assistance as he may require, including attorneys, accountants, actuaries and other service providers.

Mr. Dillon will not be held personally responsible for any claims against the Plan or fiduciaries that existed, arose, matured or vested prior to his appointment.

Mr. Dillon will comply with all applicable rules and laws.

Mr. Dillon will obtain and maintain a bond as required by ERISA § 412, 29 U.S.C. § 1112.

////

////

////

ORDER APPOINTING THOMAS DILLON INDEPENDENT FIDUCIARY      2

Prior to obtaining payment for services and expenses authorized pursuant to this Order, Mr. Dillon shall present to the Court an itemized fee application, accompanied by a description of work performed, as well as an itemized statement of expenses.  Mr. Dillon shall provide to the Secretary of Labor a copy of said fee application when it is filed with the Court, at the address provided below.  Absent objection by the Secretary within fifteen (15) business days, the fee application shall be deemed approved.  If the Secretary objects, the Court will decide whether the request of the Independent Fiduciary should be granted.

Mr. Dillon shall also file and serve upon the Secretary interim reports summarizing his activities and results as he may deem necessary, but in any event, he shall file and serve such reports every 180 days after the entry of this Order.

Provisions of this Order requiring notice shall be satisfied by delivery, in writing, via facsimile transmission or reliable overnight express courier service, as set forth in this paragraph.  The Secretary of Labor may, as she deems necessary, change from time to time the designation of person(s) to receive notice on her behalf by filing with the Court notification of such change and serving a copy hereof on Mr. Dillon:

////

////

ORDER APPOINTING THOMAS DILLON INDEPENDENT FIDUCIARY    3

To the Secretary:

> Mr. Francis C. Clisham
> Regional Director
> U. S. Department of Labor
> Employee Benefits Security Administration
> 71 Stevenson Street, Suite 915
> San Francisco, CA 94105
> Phone:   (415) 975-4600
> Fax:     (415) 975-4589

The Court, finding that there is no just reason to delay the entry of the Order, expressly directs the entry hereof as a final Order, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

DATED: May 24, 2006.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT